# STATE v. STATE FARMERS MUTUAL HAIL INSURANCE COMPANY OF WASECA.[1]

July 16, 1915.

No. 19,314—(22).

**Case followed.**

Action in the district court for Waseca county to recover $433.65 as a tax of two per cent upon the premiums received by defendant during the year 1906. From an order, Childress, J., overruling plaintiff's demurrer to the answer, plaintiff appealed. Affirmed.

[1] Reported in 153 N. W. 594.

*Lyndon A. Smith,* Attorney General, and *C. Louis Weeks,* Assistant Attorney General, for appellant.

*Moonan & Moonan,* for respondent.

PER CURIAM.

Action by the state to recover a percentage on premiums on policies issued by the defendant; answer by defendant alleging exemption; demurrer by state to answer; demurrer overruled with certificate of importance and doubt. The state appeals.

The defendant is a town and farmers mutual insurance company insuring against loss or damage by hail.

The case is controlled by the considerations involved in State v. Minnesota Farmers Mutual Insurance Co. supra, page 384, 153 N. W. 594. The court properly overruled the demurrer.

Order affirmed.